No. 94–7836. HERNANDEZ v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–7853. WELLS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–7887. IBARRA-MARTINEZ, AKA HURTADO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–7891. THOMAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7913. MINETTI v. INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–7993. SMITH v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 94–8172. HOUSTON v. CITY OF CLEVELAND. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 94–8198. ARMSTRONG v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–8251. GARCIA v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–8255. LITZENBERG v. CARR, JUDGE, CIRCUIT COURT OF MARYLAND, HARFORD COUNTY, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–8260. JACKSON v. GARDNER, JUDGE, CIRCUIT COURT OF ILLINOIS, COOK COUNTY. C. A. 7th Cir. Certiorari denied.

No. 94–8271. WRIGHT v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 94–8275. EARLS v. UNITED STATES; and
No. 94–8405. BISCHOF v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–8278. RAMDASS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.